**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | | |
|---|---|---|
| JOAKIM NOAH | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 1:13-cv-01729 |
| | : | |
| - v - | : | Judge Emmet G. Sullivan |
| | : | |
| SOGECOQ SARL | : | |
| | : | |
| -and- | : | |
| | : | |
| LE COQ SPORTIF HOLDING | : | |
| | : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**JOINT MOTION TO SUSPEND BRIEFING SCHEDULE
AND STAY ALL PROCEEDINGS UNTIL MARCH 25, 2014**

Plaintiff Joakim Noah ("Noah") and Defendants Sogecoq Sarl ("Sogecoq") and Le Coq Sportif Holding ("LCSH") respectfully request that this Court suspend the current briefing schedule and stay all proceedings in this action until March 25, 2014 in order to permit the parties to complete the settlement of this dispute. In support of this Motion, the parties state as follows:

1.      Noah initially filed this action on October 3, 2013 in the D.C. Superior Court. Noah filed an Amended Complaint in the D.C. Superior Court on October 27, 2013. On November 1, 2013, Sogecoq and LCSH timely removed this action to this Court.

2.      On December 13, 2013, Sogecoq filed an Answer to Noah's Amended Complaint and asserted Counterclaims against Noah. Also on December 13, 2013, LCSH filed a Motion to Dismiss the claims asserted in the Amended Complaint against it.

3.      On December 20, 2013, Noah filed a Motion for Preliminary Injunction seeking to enjoin Sogecoq from pursuing certain claims against Noah before the Commercial Court of Paris.  Thereafter, the Court *sua sponte* convened a telephonic status hearing on December 23, 2013 to discuss scheduling issues related to the Motion for Preliminary Injunction.

4.      On December 23, 2013, the Court entered a Minute Order establishing a briefing schedule governing the submission of responses to Sogecoq's Answer and Counterclaim, LCSH's Motion to Dismiss and Noah's Motion for Preliminary Injunction, pursuant to which Oppositions to the pending motions and Plaintiff's Answer to the Counterclaims were to be filed by January 14, 2014 and any Reply briefs by either party were to be filed by January 28,2014.

5.      On January 8, 2014, Defendants filed a Consent Motion to Postpone the Briefing Schedule and the Answer to the Counterclaims for 30 Days [Dkt. No. 12], in which Defendants advised the Court that the parties had engaged in settlement negotiations in an effort to resolve their dispute and that the parties believed a 30-day postponement of the briefing schedule should provide sufficient time to permit the parties to finalize the terms of a settlement agreement, should one be reached.

6.      On January 9, 2014, the Court entered a Minute Order granting the Motion, extending the deadline for Oppositions to the pending motions and Noah's Answer to the Counterclaims to February 13, 2014 and extending the deadline for any Reply briefs to February 27, 2014.

7.      The parties have reached a settlement resolving their disputes.  The settlement involves various actions of the parties that are to be completed by March 21, 2014 and the parties expect to file a joint motion to dismiss on or about March 25, 2014.

8.      Therefore, the parties respectfully request that this Court suspend the briefing schedule set by the Court's January 9, 2014 Minute Order and stay all proceedings in this action until March 25, 2014 in order to permit the parties to finalize the settlement.  On or before March 25, 2014, the parties will file a joint motion to dismiss or otherwise seek relief from the Court.

9.      Pursuant to Local Rule 7(m), Counsel for all parties have conferred regarding this request, and all parties consent to the relief requested in this motion.

WHEREFORE, Plaintiff Joakim Noah and Defendants Sogecoq Sarl and Le Coq Sportif Holding respectfully request that this Court suspend the current briefing schedule and stay all proceedings in this action until March 25, 2014.

Respectfully submitted,

| | |
|---|---|
| */s/ Mark S. Levinstein (by consent)* | */s/ Kirk R. Ruthenberg*_____ |
| Mark S. Levinstein, D.C. Bar No. 369613 | Kirk R. Ruthenberg, Bar No. 415520 |
| Embry J. Kidd, D.C. Bar No. 989586 | David I. Ackerman, Bar No. 482075 |
| WILLIAMS & CONNOLLY LLP | DENTONS US LLP |
| 725 Twelfth Street, NW | 1301 K Street NW, Suite 600 East Tower |
| Washington, D.C.  20005 | Washington, D.C.  20005-3364 |
| (202) 434-5000 | (202) 408-6400 |
| (202) 434-5029   Facsimile | (202) 408-6399   Facsimile |
| mlevinstein@wc.com | kirk.ruthenberg@dentons.com |
| EKidd@wc.com | david.ackerman@dentons.com |
| | |
| *Attorneys for Plaintiff Joakim Noah* | *Attorneys for Defendants Sogecoq Sarl and Le Coq Sportif Holding* |

Dated: February 7, 2014

3

## CERTIFICATE OF SERVICE

      I hereby certify that, on this 7th day of February, 2014, I caused a true and correct copy of the foregoing JOINT MOTION TO SUSPEND BRIEFING SCHEDULE AND STAY ALL PROCEEDINGS UNTIL MARCH 25, 2014 to be served on all counsel of record by filing an electronic copy of this Motion with the Court's ECF system, which will send notification of the filing to all counsel of record registered with that system.


                                    */s/  David I. Ackerman*